# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 4:14-CR-164 |
| Plaintiff, | : | |
| | : | JUDGE BENITA Y. PEARSON |
| -vs- | : | |
| NICKIE THOMAS GRAY, JR., | : | **NOTICE OF INTENT NOT TO SUPPLEMENT PRO SE MOTION** |
| Defendant. | : | |

On January 16, 2025, Nickie Thomas Gray, Jr. filed a pro se motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Sentencing Guidelines. *See* R. 139. Pursuant to General Order 2023-20, counsel hereby files this notice of no intent to supplement Mr. Gray's pro se 821 motion.

        Respectfully submitted,

        STEPHEN C. NEWMAN
        Federal Public Defender
        Ohio Bar: 0051928

        */s/ Cathi Adinaro Shusky*
        Attorney at law
        Ohio Bar: 0088731
        Office of the Federal Public Defender
        1660 West Second Street, #750
        Cleveland, OH 44113
        (216)522-4856 Fax:(216)522-4321
        Email: cathi_shusky@fd.org